USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SOMTO FASASI, and RUSSELL HATWOOD,

Defendant.

1:25-cr-00378

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the Government's letter indicating that it has substantially completed discovery productions and requesting, with the consent of both defendants, the adjournment of the upcoming October 8, 2025 status conference and the scheduling of a motion deadline in approximately ninety days. [ECF No. 21]. The Court notes that time was previously excluded in this matter under the Speedy Trial Act through October 8, 2025. [ECF Nos. 16, 17]. The Court grants the parties' requests.

Accordingly, IT IS HEREBY ORDERED that all motions shall be filed on or before January 6, 2026.

IT IS FURTHER ORDERED that the October 8, 2025 status conference is ADJOURNED to January 20, 2026 at 2:30 p.m. The parties shall appear in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the parties shall submit a joint status letter one week prior to the status conference.

IT IS FURTHER ORDERED that all time is excluded in this matter under the Speedy Trial Act through January 20, 2026. The Court finds that exclusion of time is appropriate to allow the Government to complete its discovery productions, to allow the defendants to review discovery

1

and prepare any motions, and to allow the parties to continue discussions about pretrial dispositions of the charges.

**SO ORDERED.**

Date:  October 6, 2025
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**